No. —. Ex parte Lawrence McClain. June 1, 1943. Application denied.

No. —. Ex parte Gene McCann. June 1, 1943. The application dated March 16, 1943, is denied.

No. —, original. Ex parte Leslie Williams et al. June 1, 1943. The motion for leave to file a petition for writ of habeas corpus is denied, without prejudice to an application to the state courts in conformity to the opinion of the Supreme Court of Nebraska in *Williams* v. *Olson,* 8 N. W. 2d 830.